IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-320-FDW

| | | |
|---|---|---|
| JONATHAN JAMES NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUSAN R. WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for Return of Exhibits." (Doc. No. 23). Plaintiff seeks to have the Clerk of this Court return to him copies of various exhibits he has filed since bringing this action. Plaintiff also seeks to have the Clerk send him a new, civil filing packet. Finally, Plaintiff has inquired into when the Court will conduct its initial review and when Defendants will be served with summons.

As to Plaintiff's various inquiries into the status of this case, the North Carolina Department of Public Safety has submitted forms showing that Plaintiff exhausted his administrative remedies through the third step of the grievance process. See (Doc. No. 22). As to Plaintiff's inquiries into the Court's initial review of his Supplemental Amended Complaint and service of summons on Defendants, the Court notes that Plaintiff filed his Supplemental Amended Complaint on March 2, 2015, and the Court will conduct its initial review in the ordinary course of business according, recognizing that older filings in other cases generally take priority. Once the Court conducts the initial review, and if Plaintiff's allegations survive initial review, Defendants will then be served with summons by order of the Court to the U.S. Marshal.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Return of Exhibits," (Doc.

1

No. 23), is **GRANTED** in part and **DENIED** in part.

Finally, the Clerk of this Court is respectfully instructed to send Plaintiff a new civil filing packet. The Clerk of this Court is also respectfully instructed to mail to Plaintiff copies of the following documents from the docket report: Doc. No. 3 (Morgan Decl.); Doc. No. 4-1 (Ex. 1); Doc. No. 5 (Rushton Decl.); and Doc. No. 8 (Short Decl.).

Signed: March 26, 2015

Frank D. Whitney
Chief United States District Judge