IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-320-FDW

| | |
|---|---|
| JONATHAN JAMES NEWELL, | ) |
| Plaintiff, | ) |
| vs. | )     **ORDER** |
| SUSAN R. WHITE, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for Return of Court Documents," (Doc. No. 35), and on Plaintiff's "Motion for Reconsideration of Filing Fee," (Doc. No. 36). In the motion for return of court documents, Plaintiff seeks to have the Clerk of this Court return to him copies of various exhibits he has filed since bringing this action. In the motion for reconsideration of filing fee, Plaintiff seeks to be relieved from the obligation to pay the filing fee in this action.

Plaintiff's "Motion for Return of Court Documents," (Doc. No. 33), is **GRANTED**. To this extent, the Clerk of this Court is respectfully instructed to mail to Plaintiff copies of the following documents from the docket report: Doc. Nos. 19-1 and 25-1. The Court has already returned to Plaintiff copies of all other grievances submitted by Plaintiff as exhibits in this action.

Plaintiff's "Motion for Reconsideration of Filing Fee," (Doc. No. 36), is **DENIED**.

Frank D. Whitney
Chief United States District Judge

1